AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

US
v.
Michael Robitaille

## APPEARANCE

Case Number: 1:07MJ107A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Robitaille

I certify that I am admitted to practice in this court.

11-20-7
Date

K.J.Fitz
Signature

K J Fitzgerald 5775
Print Name Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City State Zip Code

401-528-4281 401-528-4285
Phone Number Fax Number