RECEIVED
U.S. MARSHALS SERVICE
OCT 31 2007
District of Rhode Island

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

MICHAEL R. ROBITAILLE

## WARRANT FOR ARREST

CASE NUMBER: 1:07MJ107A

To: The United States Marshall
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL R. ROBITAILLE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information X Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her (brief description of offense)

KNOWINGLY EXECUTING, AND ATTEMPTING TO EXECUTE, A SCHEME OR ARTIFICE TO DEFRAUD A FINANCIAL INSTITUTION, I.E., COMMIT BANK FRAUD

in violation of Title 18 United States Code, Section 1344(1).

LINCOLN D. ALMOND
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

10/31/07 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI | | |
| DATE RECEIVED 10/31/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 11/20/07 | | |

This form was electronically produced by Elite Federal Forms, Inc.